374 A.2d 716

Cooke, et al. v. Equitable Gas Company, Appellant.

Argued April 13, 1977.   Harry J. Cancelmi, Jr., with him John E. Baily, for appellant;  William R. Davis, with him R. Wallace Maxwell, for appellees.

Judgment affirmed.

VAN der VOORT, J., absent.